JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



**Plaintiff**
1199 SEIU GREATER UNITED HEALTHCARE WORKERS EAST,
**Plaintiff**

-v-

NEW MIDWAY COMPANY, LLC
D/B/A MIDWAY NURSING HOME
**Defendant**

Case No. 08 CIV 6901

**Rule 7.1 Statement**

RECEIVED AUG 0 1 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (1199 SEIU United Healthcare Workers East) (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: July 31, 2008

_____
**Signature of Attorney**
Hanan B. Kolko
**Attorney Bar Code: HK 1307**

96876

American LegalNet, Inc.
www.USCourtForms.com