UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK       Attorney: MEYER, SUOZZI, ENGLISH & KLEIN, P.C.-NEW YORK

199 SEIU UNITED HEALTHCARE WORKERS EAST

Plaintiff(s)

Index # 08 CIV 6901 (CASTEL)

- against -

NEW MIDWAY COMPANY, LLC D/B/A MIDWAY NURSING HOME

Defendant(s)

Purchased August 1, 2008

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

LINDEN BLACKMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 7, 2008 at 01:32 PM at

59-95 QUEENS MIDTOWN EXPRESSWAY
MASPETH, NY 11378

Deponent served the within SUMMONS AND COMPLAINT; RULE 7.1 STATEMENT; JUDGE'S RULES on NEW MIDWAY COMPANY, LLC D/B/A MIDWAY NURSING HOME therein named.

BY LEAVING A TRUE COPY WITH BURT KOHN, MANAGER, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BLACK/GRAY | 60 | 5'10 | 250 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 8, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**LINDEN BLACKMAN**
License #: 871311
Invoice #: 467423

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728